**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PARKER DRILLING COMPANY, *et al.*,[1] | ) | Case No. 18-36958 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA FOR HEARING
SCHEDULED FOR JANUARY 3, 2019, AT 10:00 A.M. (PREVAILING
CENTRAL TIME), BEFORE THE HONORABLE MARVIN ISGUR AT
THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT
OF TEXAS, AT COURTROOM 404, 515 RUSK STREET, HOUSTON, TEXAS 77002**

1.      Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing Limited Use of Cash Collateral, (II) Obtaining Post-Petition Credit Secured by Senior Liens, (III) Granting Adequate Protection, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 23]

       <u>Responses Received</u>:  None

       <u>Response Deadline</u>:  January 2, 2019

       <u>Related Documents</u>:

    A.      Declaration of Bassam J. Latif in Support of Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing Limited Use of Cash Collateral, (II) Obtaining Post-Petition Credit Secured by Senior Liens, (III) Granting Adequate Protection, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 23, Exhibit B]

    B.      Declaration of Ryan Omohundro in Support of Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing Limited Use of Cash Collateral, (II) Obtaining Post-Petition Credit Secured by Senior Liens, (III) Granting

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Parker Drilling Company (8660); 2M-TEK, Inc. (1761); Anachoreta, Inc. (3667); Pardril, Inc. (4469); Parker Aviation Inc. (6372); Parker Drilling Arctic Operating, LLC (6834); Parker Drilling Company of Niger (4204); Parker Drilling Company North America, Inc. (6381); Parker Drilling Company of Oklahoma Incorporated (8949); Parker Drilling Company of South America, Inc. (0657); Parker Drilling Management Services, Ltd. (7200); Parker Drilling Offshore Company, LLC (9092); Parker Drilling Offshore USA, L.L.C. (1469); Parker North America Operations, LLC (1180); Parker Technology, Inc. (6599); Parker Technology, L.L.C. (1875); Parker Tools, LLC (8864); Parker-VSE, LLC (2282); Quail USA, LLC (8885); and Quail Tools, L.P. (1471).  The Debtors' service address is:  5 Greenway Plaza, Suite 100, Houston, Texas 77046.

Adequate Protection, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 23, Exhibit C]

C.    Debtors' <u>Emergency</u> Motion for Entry of an Order Authorizing the Debtors to File Under Seal the Fee Letter [Docket No. 24]

D.    Notice of Filing Revised DIP Budget [Docket No. 43]

E.    Order Authorizing the Debtors to File Under Seal the Fee Letter [Docket No. 74]

F.    Interim Order Authorizing Limited Use of Cash Collateral, Obtaining Post-Petition Credit Secured by Senior Liens, Granting Adequate Protection, Scheduling a Final Hearing, and Granting Related Relief [Docket No. 80]

G.    Declaration of David Cunningham in Support of Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing Limited Use of Cash Collateral, (II) Obtaining Post-Petition Credit Secured by Senior Liens, (III) Granting Adequate Protection, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. [ ]]

**<u>Status</u>**:  This matter is going forward.  A revised proposed form of Final Order will be submitted in advance of the hearing.

2.    Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions and (II) Granting Related Relief [Docket No. 11]

<u>Responses Received</u>:  Informal response received from the Office of the United States Trustee (the "<u>U.S. Trustee</u>").

<u>Response Deadline</u>:  January 2, 2019

<u>Related Documents</u>:

A.    Interim Order Granting Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions and (II) Granting Related Relief [Docket No. 66]

B.    Proposed Final Order Granting Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions and (II) Granting Related Relief [Docket No. 156]

**<u>Status</u>**:  This matter is going forward.

2

3.      Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims in the Ordinary Course of Business and (II) Granting Related Relief [Docket No. 5]

      <u>Responses Received</u>:  Informal response received from the U.S. Trustee.

      <u>Response Deadline</u>:  January 2, 2019

      <u>Related Documents</u>:

A.      Declaration of Ryan Omohundro of Alvarez & Marsal North American, LLC, in Support of Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims in the Ordinary Course of Business and (II) Granting Related Relief [Docket No. 5, Exhibit C]

B.      Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims in the Ordinary Course of Business and (II) Granting Related Relief [Docket No. 65]

C.      Proposed Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims in the Ordinary Course of Business and (II) Granting Related Relief [Docket No. 155]

      **<u>Status</u>**:  This matter is going forward.

4.      Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and Preferred Stock [Docket No. 13]

      <u>Responses Received</u>:  Informal response received from a holder of the Debtors' common and preferred stock.

      <u>Response Deadline</u>:  January 2, 2019

      <u>Related Documents</u>:

A.      Debtors' Amended <u>Emergency</u> Motion for Entry of Interim and Final Orders Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and Preferred Stock [Docket No. 64]

B.      Interim Order Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and Preferred Stock [Docket No. 69]

C.      Proposed Final Order Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and Preferred Stock [Docket No. 158]

    **Status**:  This matter is going forward.

5.    Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 14]

    <u>Responses Received</u>:  Informal response received from the U.S. Trustee.

    <u>Response Deadline</u>:  January 2, 2019

    <u>Related Documents</u>:

    A.    Interim Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 77]

    B.    Proposed Final Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 159]

    **Status**:  This matter is going forward.

6.    Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, And Reimbursable Expenses (B) Continue Employee Benefits Programs and (C) Continue to Honor Non-Insider Bonus Programs and (II) Granting Related Relief [Docket No. 12]

    <u>Responses Received</u>:  Informal response received from the U.S. Trustee.

    <u>Response Deadline</u>:  January 2, 2019

    <u>Related Documents</u>:

    A.    Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (C) Continue to Honor Non-Insider Bonus Programs and (II) Granting Related Relief [Docket No. 76]

    B.    Proposed Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (C) Continue to Honor Non-Insider Bonus Programs and (II) Granting Related Relief [Docket No. 161]

    **Status**:  This matter is going forward.

7.      Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Supplement, and Enter into New Insurance Policies, and (C) Continue and Renew Their Surety Bond Program, and (II) Granting Related Relief [Docket No. 8]

     <u>Responses Received</u>:  Informal response received from the U.S. Trustee.

     <u>Response Deadline</u>:  January 2, 2019

     <u>Related Documents</u>:

A.      Interim Order (I) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Supplement, and Enter Into New Insurance Policies, and (C) Continue and Renew Their Surety Bond Program, and (II) Granting Related Relief [Docket No. 75]

B.      Proposed Order (I) Authorizing the Debtors to (A) Continue Their Prepetition Insurance Coverage and Satisfy Prepetition Obligations Related Thereto, (B) Renew, Supplement, and Enter Into New Insurance Policies, and (C) Continue and Renew Their Surety Bond Program, and (II) Granting Related Relief [Docket No. 157]

     **<u>Status</u>**:  This matter is going forward.

8.      Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Docket No. 9]

     <u>Responses Received</u>:  Informal response received from the U.S. Trustee.

     <u>Response Deadline</u>:  January 2, 2019

     <u>Related Documents</u>:

A.      Interim Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Docket No. 79]

B.      Proposed Final Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors'

Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Docket No. 160]

**<u>Status</u>**:  This matter is going forward.

[*Remainder of page intentionally left blank.*]

Houston, Texas
December [31], 2018

/s/

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Patricia B. Tomasco (TX Bar No. 01797600) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Brian E. Schartz, P.C. (TX Bar No. 24099361) |
| 1401 McKinney Street, Suite 1900 | Anna G. Rotman, P.C. (TX Bar No. 24046761) |
| Houston, Texas 77010 | 609 Main Street |
| Telephone:  (713) 752-4284 | Houston, Texas 77002 |
| Facsimile:  (713) 308-4184 | Telephone:  (713) 836-3600 |
| Email:  ptomasco@jw.com | Facsimile:  (713) 836-3601 |
|   mcavenaugh@jw.com | Email:  brian.schartz@kirkland.com |
| | anna.rotman@kirkland.com |

**JACKSON WALKER L.L.P.**
Patricia B. Tomasco (TX Bar No. 01797600)
Matthew D. Cavenaugh (TX Bar No. 24062656)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:     (713) 752-4284
Facsimile:      (713) 308-4184
Email:          ptomasco@jw.com
                    mcavenaugh@jw.com

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Brian E. Schartz, P.C. (TX Bar No. 24099361)
Anna G. Rotman, P.C. (TX Bar No. 24046761)
609 Main Street
Houston, Texas 77002
Telephone:     (713) 836-3600
Facsimile:      (713) 836-3601
Email:          brian.schartz@kirkland.com
                    anna.rotman@kirkland.com

-and-

James H.M. Sprayregen, P.C.
Jamie Rose Netznik (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                    jamie.netznik@kirkland.com

-and-

Christopher J. Marcus, P.C. (admitted *pro hac vice*)
Matthew Fagen (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:          christopher.marcus@kirkland.com
                    matthew.fagen@kirkland.com

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

**<u>Certificate of Service</u>**

I certify that on December [31], 2018, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/
_____
Matthew D. Cavenaugh