**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PARKER DRILLING COMPANY, *et al.*,[1] | ) ) ) | Case No. 18-36958 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AMENDED AGENDA FOR HEARING
SCHEDULED FOR JANUARY 15, 2019, AT 3:30 P.M. (PREVAILING
CENTRAL TIME), BEFORE THE HONORABLE MARVIN ISGUR AT
THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT
OF TEXAS, AT COURTROOM 404, 515 RUSK STREET, HOUSTON, TEXAS 77002**

### I.  Continued Matter

1.  Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures With Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Approving the Rights Offering Procedures and Related Materials, (V) Scheduling Certain Dates with Respect Thereto, and (VI) Granting Related Relief [Docket No. 22]

    Responses Received:

    A.  Objection of the Acting United States Trustee to Debtors' Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement and Related Relief [Docket No. 240]

    B.  Objection of the Acting United States Trustee to Debtors' Disclosure Statement [Docket No. 241]

    C.  Statement and Reservation of Rights of Saba Capital Management, L.P. With Respect to Debtors' Motion for Entry of an Order (I) Approving the Adequacy of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Parker Drilling Company (8660); 2M-TEK, Inc. (1761); Anachoreta, Inc. (3667); Pardril, Inc. (4469); Parker Aviation Inc. (6372); Parker Drilling Arctic Operating, LLC (6834); Parker Drilling Company of Niger (4204); Parker Drilling Company North America, Inc. (6381); Parker Drilling Company of Oklahoma Incorporated (8949); Parker Drilling Company of South America, Inc. (0657); Parker Drilling Management Services, Ltd. (7200); Parker Drilling Offshore Company, LLC (9092); Parker Drilling Offshore USA, L.L.C. (1469); Parker North America Operations, LLC (1180); Parker Technology, Inc. (6599); Parker Technology, L.L.C. (1875); Parker Tools, LLC (8864); Parker-VSE, LLC (2282); Quail USA, LLC (8885); and Quail Tools, L.P. (1471).  The Debtors' service address is:  5 Greenway Plaza, Suite 100, Houston, Texas 77046.

       the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures With Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Approving the Rights Offering Procedures and Related Materials, (V) Scheduling Certain Dates with Respect Thereto, and (VI) Granting Related Relief [Docket No. 239]

    D.    Objection of the Securities and Exchange Commission to the Approval of the Debtors' Disclosure Statement [Docket No. 257]

       Response Deadline:  January 10, 2019 at 4:00 p.m. (Prevailing Central Time) (extended to January 11, 2019 for the Office of the United States Trustee (the "U.S. Trustee") and to January 14, 2019 for the SEC).

       Related Documents:

    A.    Joint Chapter 11 Plan of Reorganization of Parker Drilling Company and its Debtor Affiliates [Docket No. 17]

    B.    Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Parker Drilling Company and its Debtor Affiliates [Docket No. 21]

    C.    Order Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Disclosure Statement and Plan Confirmation [Docket No. 68]

    D.    Notice of Disclosure Statement Hearing [Docket No. 87]

       **Status**: This matter is adjourned to Tuesday, January 22, 2019 at 1:30 p.m. (Prevailing Central Time).  The Debtors will provide a status update at the hearing.

## II.    Matters Going Forward

2.    Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Assume Certain Exit Financing Agreements and (B) Incur and Pay Related Fees, Indemnities, and Expenses, and (II) Granting Related Relief [Docket No. 163]

       Responses Received:  None

       Response Deadline:  January 11, 2019

       Related Documents:

    A.    Declaration of Bassam J. Latif in Support of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Assume Certain Exit Financing Agreements and (B) Incur and Pay Related Fees, Indemnities, and Expenses, and (II) Granting Related Relief [Exhibit B to Docket No. 163]

    **Status**:  This matter is going forward.

3. Debtors' Motion for Entry of an Order Authorizing the Debtors to File the Fee Letter Under Seal [Docket No. 165]

    Responses Received:  None

    Response Deadline:  January 11, 2019

    Related Documents:

    A. Annex 2 to Exhibit A to Exit Financing Motion (Sealed Fee Letter) [Docket No. 164]

    **Status**:  This matter is going forward.

4. Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, and (IV) Approving Notice of Bar Date [Docket No. 153]

    Responses Received:  None

    Response Deadline:  January 11, 2019

    **Status**:  This matter is going forward.

5. Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Docket No. 150]

    Responses Received:  Informal comments from the U.S. Trustee.

    Response Deadline:  January 11, 2019

    Related Documents:

    A. Notice of Filing Revised Proposed Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Docket No. 249]

    **Status**:  This matter is going forward.

6. Debtors' Motion for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business [Docket No. 151]

    Responses Received:  Informal comments from the U.S. Trustee.

    Response Deadline:  January 11, 2019

<u>Related Documents</u>:

A. Notice of Filing Revised Proposed Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business [Docket No. 250]

**<u>Status</u>**: This matter is going forward.

7. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 166]

<u>Responses Received</u>: Informal comments from the U.S. Trustee.

<u>Response Deadline</u>: January 13, 2019

<u>Related Documents</u>:

A. Notice of Filing Revised Proposed Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 248]

**<u>Status</u>**: This matter is going forward.

8. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Restructuring and Financial Advisors to Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 154]

<u>Responses Received</u>: Informal comments from the U.S. Trustee.

<u>Response Deadline</u>: January 11, 2019

<u>Related Documents</u>:

A. Notice of Filing Revised Proposed Order Authorizing the Retention and Employment of Alvarez & Marsal North America, LLC as Restructuring and Financial Advisors to Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 247]

**<u>Status</u>**: This matter is going forward.

9. Debtors' Application for Entry of an Order (A) Authorizing the Employment and Retention of Moelis & Company LLC as its Investment Banker and Financial Advisor for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date; (B) Waiving and Modifying Certain Time-Keeping Requirements; and (C) Granting Related Relief [Docket No. 162]

<u>Responses Received</u>: Informal comments from the U.S. Trustee.

<u>Response Deadline</u>:  January 11, 2019

<u>Related Documents</u>:

A. Notice of Filing Revised Proposed Order Granting Debtors' Application for Entry of an Order (A) Authorizing the Employment and Retention of Moelis & Company LLC as its Investment Banker and Financial Advisor for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date; (B) Waiving and Modifying Certain Time-Keeping Requirements; and (C) Granting Related Relief [Docket No. 252]

**Status**:  This matter is going forward.

[*Remainder of page intentionally left blank.*]

Houston, Texas
January 14, 2019

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Patricia B. Tomasco (TX Bar No. 01797600) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Brian E. Schartz, P.C. (TX Bar No. 24099361) |
| 1401 McKinney Street, Suite 1900 | Anna G. Rotman, P.C. (TX Bar No. 24046761) |
| Houston, Texas 77010 | 609 Main Street |
| Telephone: (713) 752-4284 | Houston, Texas 77002 |
| Facsimile: (713) 308-4184 | Telephone: (713) 836-3600 |
| Email: ptomasco@jw.com | Facsimile: (713) 836-3601 |
| mcavenaugh@jw.com | Email: brian.schartz@kirkland.com |
| | anna.rotman@kirkland.com |

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

-and-

James H.M. Sprayregen, P.C.
Laura Krucks (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
laura.krucks@kirkland.com

-and-

Christopher J. Marcus, P.C. (admitted *pro hac vice*)
Matthew Fagen (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: christopher.marcus@kirkland.com
matthew.fagen@kirkland.com

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

## Certificate of Service

I certify that on January 14, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh