IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PARKER DRILLING COMPANY, *et al.*,[1] | ) Case No. 18-36958 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF DISCLOSURE STATEMENT HEARING**

**PLEASE TAKE NOTICE** that on December 12, 2018, the above-referenced debtors and debtors in possession (collectively, the "Debtors") filed the *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Parker Drilling and its Debtor Affiliates* [Docket No. 21] (the "Disclosure Statement") and the *Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures With Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Approving the Rights Offering Procedures and Related Materials, (V) Scheduling Certain Dates with Respect Thereto, and (VI) Granting Related Relief* [Docket No. 22] (the "Disclosure Statement Approval Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that on December 13, 2018, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered the *Order Scheduling*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Parker Drilling Company (8660); 2M-TEK, Inc. (1761); Anachoreta, Inc. (3667); Pardril, Inc. (4469); Parker Aviation Inc. (6372); Parker Drilling Arctic Operating, LLC (6834); Parker Drilling Company of Niger (4204); Parker Drilling Company North America, Inc. (6381); Parker Drilling Company of Oklahoma Incorporated (8949); Parker Drilling Company of South America, Inc. (0657); Parker Drilling Management Services, Ltd. (7200); Parker Drilling Offshore Company, LLC (9092); Parker Drilling Offshore USA, L.L.C. (1469); Parker North America Operations, LLC (1180); Parker Technology, Inc. (6599); Parker Technology, L.L.C. (1875); Parker Tools, LLC (8864); Parker-VSE, LLC (2282); Quail USA, LLC (8885); and Quail Tools, L.P. (1471). The Debtors' service address is: 5 Greenway Plaza, Suite 100, Houston, Texas 77046.

[2] Capitalized terms used but not defined herein have the meanings given to such terms in the Disclosure Statement.

*Hearings and Objection Deadlines with Respect to the Debtors' Disclosure Statement and Plan Confirmation* [Docket No. 68] (the "Scheduling Order") and, pursuant to the Scheduling Order, the Disclosure Statement Approval Motion was scheduled to be heard on January 15, 2019 at 3:30 p.m. prevailing Central Time before the Honorable Marvin Isgur at the United States Bankruptcy Court, Courtroom 404, 515 Rusk Street, Houston, Texas, 77002.

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement Approval Motion is now scheduled to be heard on **January 22, 2019 at 4:30 p.m. prevailing Central Time** before the Honorable Marvin Isgur at the United States Bankruptcy Court, Courtroom 404, 515 Rusk Street, Houston, Texas, 77002.

**PLEASE TAKE FURTHER NOTICE** that any objection or response of a party regarding the approval of the Disclosure Statement must have been filed with the Court on or before **January 10, 2019 at 4:00 p.m. prevailing Central Time** (the "Disclosure Statement Objection Deadline") and served so as to be *actually received* by the following parties on or before the Disclosure Statement Objection Deadline:

| *Proposed Counsel to the Debtors* ||
| --- | --- |
| Patricia B. Tomasco (TX Bar No. 01797600)<br>Matthew D. Cavenaugh (TX Bar No. 24062656)<br>**JACKSON WALKER L.L.P.**<br>1401 McKinney Street, Suite 1900<br>Houston, Texas 77010<br><br>-and-<br><br>Brian E. Schartz, P.C. (TX Bar No. 24099361)<br>Anna G. Rotman, P.C. (TX Bar No. 24046761)<br>**KIRKLAND & ELLIS LLP**<br>609 Main Street<br>Houston, Texas 77002<br><br>-and- | James H.M. Sprayregen, P.C.<br>Laura Krucks<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br><br>-and-<br><br>Christopher J. Marcus, P.C.<br>Matthew Fagen<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022 |

| |
|---|
| *U.S. Trustee* |
| Hector Duran<br>Stephen Douglas Statham<br>**OFFICE OF THE UNITED STATES TRUSTEE**<br>**FOR THE SOUTHERN DISTRICT OF TEXAS**<br>515 Rusk Street, Suite 3516<br>Houston, Texas 77002 |
| *Counsel to the Consenting Stakeholders* |
| Michael Stamer<br>**AKIN GUMP HAUER & FELD LLP**<br>One Bryant Park<br>New York, New York 10036-6745<br><br>- and -<br><br>James Savin<br>Kevin Eide<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036 |

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by visiting http://cases.primeclerk.com/parkerdrilling or by calling (855) 631-5345 (toll-free in North America) or (347) 338-6451 (outside North America). You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank.*]

Houston, Texas
January 16, 2019

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Patricia B. Tomasco (TX Bar No. 01797600) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Brian E. Schartz, P.C. (TX Bar No. 24099361) |
| 1401 McKinney Street, Suite 1900 | Anna G. Rotman, P.C. (TX Bar No. 24046761) |
| Houston, Texas 77010 | 609 Main Street |
| Telephone: (713) 752-4284 | Houston, Texas 77002 |
| Facsimile: (713) 308-4184 | Telephone: (713) 836-3600 |
| Email: ptomasco@jw.com | Facsimile: (713) 836-3601 |
| mcavenaugh@jw.com | Email: brian.schartz@kirkland.com |
| | anna.rotman@kirkland.com |

*Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*

-and-

James H.M. Sprayregen, P.C.
Laura Krucks (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
             laura.krucks@kirkland.com

-and-

Christopher J. Marcus, P.C. (admitted *pro hac vice*)
Matthew Fagen (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       christopher.marcus@kirkland.com
             matthew.fagen@kirkland.com

*Co-Counsel to the Debtors*
*and Debtors in Possession*

## Certificate of Service

I certify that on January 16, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh