**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PARKER DRILLING COMPANY, *et al.*,[1] | ) ) | Case No. 18-36958 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING
SCHEDULED FOR JANUARY 22, 2019, AT 4:30 P.M. (PREVAILING
CENTRAL TIME), BEFORE THE HONORABLE MARVIN ISGUR AT
THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT
OF TEXAS, AT COURTROOM 404, 515 RUSK STREET, HOUSTON, TEXAS 77002**

1. Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures With Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Approving the Rights Offering Procedures and Related Materials, (V) Scheduling Certain Dates with Respect Thereto, and (VI) Granting Related Relief [Docket No. 22]

    Responses Received:

    A.  Objection of the Acting United States Trustee to Debtors' Motion for Entry of an Order Approving the Adequacy of the Disclosure Statement and Related Relief [Docket No. 240]

    B.  Objection of the Acting United States Trustee to Debtors' Disclosure Statement [Docket No. 241]

    C.  Statement and Reservation of Rights of Saba Capital Management, L.P. With Respect to Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures With Respect to Confirmation of the Debtors' Proposed Joint Plan of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Parker Drilling Company (8660); 2M-TEK, Inc. (1761); Anachoreta, Inc. (3667); Pardril, Inc. (4469); Parker Aviation Inc. (6372); Parker Drilling Arctic Operating, LLC (6834); Parker Drilling Company of Niger (4204); Parker Drilling Company North America, Inc. (6381); Parker Drilling Company of Oklahoma Incorporated (8949); Parker Drilling Company of South America, Inc. (0657); Parker Drilling Management Services, Ltd. (7200); Parker Drilling Offshore Company, LLC (9092); Parker Drilling Offshore USA, L.L.C. (1469); Parker North America Operations, LLC (1180); Parker Technology, Inc. (6599); Parker Technology, L.L.C. (1875); Parker Tools, LLC (8864); Parker-VSE, LLC (2282); Quail USA, LLC (8885); and Quail Tools, L.P. (1471). The Debtors' service address is: 5 Greenway Plaza, Suite 100, Houston, Texas 77046.

|   |   |
|---|---|
|   | Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Approving the Rights Offering Procedures and Related Materials, (V) Scheduling Certain Dates with Respect Thereto, and (VI) Granting Related Relief [Docket No. 239] |
| D. | Objection of the Securities and Exchange Commission to the Approval of the Debtors' Disclosure Statement [Docket No. 257] |

Response Deadline:   January 10, 2019 at 4:00 p.m. (Prevailing Central Time) (extended to January 11, 2019 for the Office of the United States Trustee and to January 14, 2019 for the Securities and Exchange Commission).

Related Documents:

| | |
|---|---|
| A. | Joint Chapter 11 Plan of Reorganization of Parker Drilling Company and its Debtor Affiliates [Docket No. 17] |
| B. | Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Parker Drilling Company and its Debtor Affiliates [Docket No. 21] |
| C. | Order Scheduling Hearings and Objection Deadlines with Respect to the Debtors' Disclosure Statement and Plan Confirmation [Docket No. 68] |
| D. | Notice of Disclosure Statement Hearing [Docket No. 87] |
| E. | Notice of Disclosure Statement Hearing [Docket No. 276] |

**Status**:  This matter is going forward.

[*Remainder of page intentionally left blank.*]

Houston, Texas
January 18, 2019

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Patricia B. Tomasco (TX Bar No. 01797600) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Brian E. Schartz, P.C. (TX Bar No. 24099361) |
| 1401 McKinney Street, Suite 1900 | Anna G. Rotman, P.C. (TX Bar No. 24046761) |
| Houston, Texas 77010 | 609 Main Street |
| Telephone: (713) 752-4284 | Houston, Texas 77002 |
| Facsimile: (713) 308-4184 | Telephone: (713) 836-3600 |
| Email: ptomasco@jw.com | Facsimile: (713) 836-3601 |
| mcavenaugh@jw.com | Email: brian.schartz@kirkland.com |
| | anna.rotman@kirkland.com |

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

-and-

James H.M. Sprayregen, P.C.
Laura Krucks (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
       laura.krucks@kirkland.com

-and-

Christopher J. Marcus, P.C. (admitted *pro hac vice*)
Matthew Fagen (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: christopher.marcus@kirkland.com
       matthew.fagen@kirkland.com

*Co-Counsel to the Debtors
and Debtors in Possession*

## Certificate of Service

I certify that on January 18, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh