**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PARKER DRILLING COMPANY, *et al.*,[1] | ) Case No. 18-36958 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF AGENDA FOR HEARING
SCHEDULED FOR MARCH 5, 2019, AT 2:30 P.M. (PREVAILING
CENTRAL TIME), BEFORE THE HONORABLE MARVIN ISGUR AT
THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT
OF TEXAS, AT COURTROOM 404, 515 RUSK STREET, HOUSTON, TEXAS 77002**

1. Amended Joint Chapter 11 Plan of Reorganization of Parker Drilling Company and its Debtor Affiliates [Docket No. 309]

    Responses Received:

    A. Limited Objection of the Dow Chemical Company, et al., to the Amended Joint Chapter 11 Plan of Reorganization of Parker Drilling Company and its Debtor Affiliates [Docket No. 381]

    B. Objection of Barings LLC to Confirmation of the Amended Chapter 11 Plan of Reorganization of Parker Drilling Company and its Debtor Affiliates Pursuant to 11 U.S.C. §§ 1123(a)(4), 1129(a)(1)-(3) and (10) and Federal Rules of Bankruptcy Procedure 2019, 3018 and 3020 [Docket No. 384] (the "Barings Objection")

    C. Objection of the Acting United States Trustee to Confirmation of Debtors' Amended Joint Chapter 11 Plan of Reorganization [Docket No. 385] (the "U.S. Trustee Objection")

    D. Objection by the Exxon and Hibernia Entities to (A) Amended Joint Chapter 11 Plan of Reorganization of Parker Drilling Company and its Debtor Affiliates and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Parker Drilling Company (8660); 2M-TEK, Inc. (1761); Anachoreta, Inc. (3667); Pardril, Inc. (4469); Parker Aviation Inc. (6372); Parker Drilling Arctic Operating, LLC (6834); Parker Drilling Company of Niger (4204); Parker Drilling Company North America, Inc. (6381); Parker Drilling Company of Oklahoma Incorporated (8949); Parker Drilling Company of South America, Inc. (0657); Parker Drilling Management Services, Ltd. (7200); Parker Drilling Offshore Company, LLC (9092); Parker Drilling Offshore USA, L.L.C. (1469); Parker North America Operations, LLC (1180); Parker Technology, Inc. (6599); Parker Technology, L.L.C. (1875); Parker Tools, LLC (8864); Parker-VSE, LLC (2282); Quail USA, LLC (8885); and Quail Tools, L.P. (1471). The Debtors' service address is: 5 Greenway Plaza, Suite 100, Houston, Texas 77046.

|     |     |
| --- | --- |
|     | (B) the Cure Claims Proposed in the Debtors' Notice of Filing of Plan Supplement [Docket No. 386] |
| E.  | Cypress-Fairbanks ISD, Ector CAD, Fort Bend County, Harris County and Victoria County's Objection to the Debtors' Plan of Reorganization [Docket No. 387] |
| F.  | Objection of the Securities and Exchange Commission to the Confirmation of the Amended Joint Chapter 11 Plan of Reorganization of Parker Drilling Company and its Debtor Affiliates [Docket No. 388] (the "SEC Objection") |
| G.  | Consenting Stakeholders' (I) Reply to Objection of Barings LLC to Confirmation of the Amended Chapter 11 Plan of Reorganization of Parker Drilling Company and its Debtor Affiliates and (II) Limited Joinder to the Debtors' Memorandum of Law in support of Confirmation of the Amended Joint Chapter 11 Plan of Parker Drilling Company and its Debtor Affiliates and Omnibus Reply to Objection thereto [Docket No. 421] |

Response Deadline: February 22, 2019 at 4:00 p.m. (Prevailing Central Time).

Related Documents:

|     |     |
| --- | --- |
| A.  | Order Scheduling Hearings and Objection deadlines with Respect to the Debtors' Disclosure Statement and Plan Confirmation [Docket No. 68] |
| B.  | Notice of Filing of Amended Joint Chapter 11 Plan or Reorganization of Parker Drilling and its Debtor Affiliates [Docket No. 297] |
| C.  | Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Approving the Rights Offering Procedures and Related Materials, (V) Scheduling Certain Dates with Respect Thereto, and (VI) Granting Related Relief [Docket No. 312] |
| D.  | Notice of Filing of Plan Supplement [Docket No. 355] |
| E.  | Declaration of James Daloia of Prime Clerk LLC Regarding Solicitation of Votes and Tabulation of Ballots Cast on the Amended Joint Chapter 11 Plan of Reorganization of Parker Drilling Company and its Debtor Affiliates [Docket No. 400] |
| F.  | Notice of Filing of Amended Plan Supplement [Docket No. 402] |
| G.  | Debtors' Memorandum of Law in Support of Confirmation of the Amended Joint Plan of Reorganization of Parker Drilling Company and its Debtor Affiliates and Omnibus Reply to Objections Thereto [Docket No. 420] |

      H.      Declaration of David M. Cunningham in Support of Confirmation of the Amended Joint Plan of Reorganization of Parker Drilling Company and its Debtor Affiliates [Docket No. 422]

      I.      Declaration of Bassam J. Latif in Support of Confirmation of the Amended Joint Chapter 11 Plan of Reorganization of Parker Drilling Company and its Debtor Affiliates [Docket No. 423]

      J.      Declaration of Michael W. Sumruld, Senior Vice President and Chief Financial Officer of Parker Drilling Company, in Support of Confirmation of the Amended Joint Chapter 11 Plan of Reorganization of Parker Drilling Company and its Debtor Affiliates [Docket No. 424]

      K.      Notice of Filing of Proposed Order Confirming the Amended Joint Chapter 11 Plan of Reorganization of Parker Drilling Company and Its Debtor Affiliates [to be filed in advance of confirmation hearing]

      **Status**: This matter is going forward. The Debtors have resolved all outstanding objections for purposes of considering confirmation of the Plan other than the Barings Objection, the U.S. Trustee Objection, and the SEC Objection.

2. Debtors' Motion for Entry of an Order Extending the Time within which the Debtors May Remove Actions [Docket No. 354]

      Response Deadline: March 5, 2019

      Responses Received: None

      **Status**: This matter is going forward.

*[Remainder of page intentionally left blank.]*

Houston, Texas
March 1, 2019

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Elizabeth Freeman (TX Bar No. 24009222) | Brian E. Schartz, P.C. (TX Bar No. 24099361) |
| 1401 McKinney Street, Suite 1900 | Anna G. Rotman, P.C. (TX Bar No. 24046761) |
| Houston, Texas 77010 | 609 Main Street |
| Telephone: (713) 752-4284 | Houston, Texas 77002 |
| Facsimile: (713) 308-4184 | Telephone: (713) 836-3600 |
| Email: mcavenaugh@jw.com | Facsimile: (713) 836-3601 |
| efreeman@jw.com | Email: brian.schartz@kirkland.com |
| | anna.rotman@kirkland.com |

*Co-Counsel to the Debtors
and Debtors in Possession*

-and-

James H.M. Sprayregen, P.C.
Laura Krucks (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:         james.sprayregen@kirkland.com
                  laura.krucks@kirkland.com

-and-

Christopher J. Marcus, P.C. (admitted *pro hac vice*)
Matthew Fagen (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         christopher.marcus@kirkland.com
                  matthew.fagen@kirkland.com

*Co-Counsel to the Debtors
and Debtors in Possession*

**Certificate of Service**

    I certify that on March 1, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                   */s/ Matthew D. Cavenaugh*
                                                                   Matthew D. Cavenaugh