IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PARKER DRILLING COMPANY, *et al.*,[1] | ) ) ) | Case No. 18-36958 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF (I) ENTRY OF CONFIRMATION ORDER,
(II) OCCURRENCE OF EFFECTIVE DATE, AND (III) RELATED BAR DATES**

**PLEASE TAKE NOTICE THAT**, on March 7, 2019, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered the *Order Confirming the Amended Joint Chapter 11 Plan of Reorganization of Parker Drilling Company and Its Debtor Affiliates* [Docket No. 459] (the "Confirmation Order"), pursuant to which the Court confirmed the *Amended Joint Chapter 11 Plan of Reorganization of Parker Drilling Company and Its Debtor Affiliates* (the "Plan"), a copy of which is attached as Exhibit A to the Confirmation Order.[2]

**PLEASE TAKE FURTHER NOTICE THAT**, the Effective Date, as defined in the Plan, occurred on **March 26, 2019**.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to Article V.B of the Plan, any Proofs of Claim with respect to Claims arising from the rejection of an Executory Contract or Unexpired Lease pursuant to the Plan or otherwise must be filed with the Court within 30 days after the date of the order of the Court approving such rejection. **Any Claims arising from the rejection of an Executory Contract or Unexpired Lease that are not Filed within such time will be automatically Disallowed, forever barred from assertion, and shall not be enforceable against, as applicable, the Debtors, the Reorganized Debtors, the Estates, or property of the foregoing parties, without the need for any objection by the Debtors or Reorganized Debtors, as applicable, or further notice to, or action, order, or approval of**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Parker Drilling Company (8660); 2M-TEK, Inc. (1761); Anachoreta, Inc. (3667); Pardril, Inc. (4469); Parker Aviation Inc. (6372); Parker Drilling Arctic Operating, LLC (6834); Parker Drilling Company of Niger (4204); Parker Drilling Company North America, Inc. (6381); Parker Drilling Company of Oklahoma Incorporated (8949); Parker Drilling Company of South America, Inc. (0657); Parker Drilling Management Services, Ltd. (7200); Parker Drilling Offshore Company, LLC (9092); Parker Drilling Offshore USA, L.L.C. (1469); Parker North America Operations, LLC (1180); Parker Technology, Inc. (6599); Parker Technology, L.L.C. (1875); Parker Tools, LLC (8864); Parker-VSE, LLC (2282); Quail USA, LLC (8885); and Quail Tools, L.P. (1471). The Debtors' service address is: 5 Greenway Plaza, Suite 100, Houston, Texas 77046.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan and the Confirmation Order, as applicable.

**the Court or any other Entity, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully satisfied, released, and discharged, notwithstanding anything in a Proof of Claim to the contrary**.  Claims arising from the rejection of an Executory Contract or Unexpired Lease shall be classified as General Unsecured Claims and shall be treated in accordance with Article III.B.6 of the Plan.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to Article II.B of the Plan, all requests for payment of Professional Fee Claims for services rendered and reimbursement of expenses incurred prior to the Confirmation Date must be Filed with the Court no later than 45 days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to Article XII.A of the Plan, the terms of the Plan and the Plan Supplement are immediately effective and enforceable and deemed binding on the Debtors, the Reorganized Debtors, and any and all Holders of Claims or Interests (irrespective whether such Holders of Claims or Interests are deemed to have accepted the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, discharges, and injunctions described in the Plan, each Entity acquiring property under the Plan, and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.

**PLEASE TAKE FURTHER NOTICE THAT,** the Plan, the Confirmation Order, and all other documents filed in these chapter 11 cases are available free of charge by visiting https://cases.primeclerk.com/parkerdrilling or by calling (855) 631-5345 (toll-free within the U.S. or Canada) or (347) 338-6451 (outside the U.S. or Canada).  You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Houston, Texas
March 26, 2019

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Elizabeth Freeman (TX Bar No. 24009222) | Brian E. Schartz, P.C. (TX Bar No. 24099361) |
| 1401 McKinney Street, Suite 1900 | Anna G. Rotman, P.C. (TX Bar No. 24046761) |
| Houston, Texas 77010 | 609 Main Street |
| Telephone: (713) 752-4284 | Houston, Texas 77002 |
| Facsimile: (713) 308-4184 | Telephone: (713) 836-3600 |
| Email: mcavenaugh@jw.com | Facsimile: (713) 836-3601 |
| efreeman@jw.com | Email: brian.schartz@kirkland.com |
| | anna.rotman@kirkland.com |

*Co-Counsel to the*
*Debtors and Debtors in Possession*

-and-

James H.M. Sprayregen, P.C.
Laura Krucks (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:         james.sprayregen@kirkland.com
                   laura.krucks@kirkland.com

-and-

Christopher J. Marcus, P.C. (admitted *pro hac vice*)
Matthew Fagen (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         christopher.marcus@kirkland.com
                   matthew.fagen@kirkland.com

*Co-Counsel to the*
*Debtors and Debtors in Possession*

## Certificate of Service

      I certify that on March 26, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                               */s/  Matthew D. Cavenaugh*
                                               Matthew D. Cavenaugh