

ENTERED
05/30/2019

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PARKER DRILLING COMPANY, *et al.*,[1] | ) | Case No. 18-36958 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER GRANTING FIRST INTERIM AND FINAL FEE APPLICATION OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP, ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM DECEMBER 12, 2018 THROUGH AND INCLUDING MARCH 7, 2019

Upon the *First Interim and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from December 12, 2018 Through and Including March 7, 2019* (the "Fee Application")[2] filed by Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "K&E"); and the Court having reviewed the Fee Application, the matters contained therein, and exhibits thereto; and the Court finding that the attorneys' fees and expenses incurred should be allowed and paid by the Debtors, the Court orders as follows:

1. Compensation to K&E for professional services rendered during the Fee Period is allowed on a final basis in the amount of $5,635,893.50.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Parker Drilling Company (8660); 2M-TEK, Inc. (1761); Anachoreta, Inc. (3667); Pardril, Inc. (4469); Parker Aviation Inc. (6372); Parker Drilling Arctic Operating, LLC (6834); Parker Drilling Company of Niger (4204); Parker Drilling Company North America, Inc. (6381); Parker Drilling Company of Oklahoma Incorporated (8949); Parker Drilling Company of South America, Inc. (0657); Parker Drilling Management Services, Ltd. (7200); Parker Drilling Offshore Company, LLC (9092); Parker Drilling Offshore USA, L.L.C. (1469); Parker North America Operations, LLC (1180); Parker Technology, Inc. (6599); Parker Technology, L.L.C. (1875); Parker Tools, LLC (8864); Parker-VSE, LLC (2282); Quail USA, LLC (8885); and Quail Tools, L.P. (1471). The Debtors' service address is: 5 Greenway Plaza, Suite 100, Houston, Texas 77046.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Fee Application.

2. Reimbursement to K&E for expenses incurred during the Fee Period is allowed on a final basis in the amount of $402,483.10.

3. The Debtors are authorized and directed to pay K&E all unpaid fees and expenses allowed pursuant to this order.

Signed: May 29, 2019

_____
Marvin Isgur
United States Bankruptcy Judge